UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

September 14, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: Arthur D'Amario, III v. United States
CA05-372T & CA05-340T

Dear Mr. Donovan:

Enclosed herewith you will find the Motions to Vacate transfer Orders together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

*Doreen L. Baldinelli*
DEPUTY CLERK

ENC: Certified Docket, Motion to Vacate Transfer Orders.