Dc# 05-340
J-Smith

CERTIFIED COPY

# United States Court of Appeals

## For the First Circuit

---

No. 05-2343

ARTHUR D. D'AMARIO, III,

Petitioner,

v.

UNITED STATES,

Respondent.

---

Before

Lynch, Lipez and Howard,
Circuit Judges.

---

JUDGMENT

Entered: January 26, 2006

The district court transferred to this court a filing which it concluded was an impermissible second or successive motion pursuant to 28 U.S.C. § 2255. Contrary to the district court's apparent conclusion, however, the filing was not a second or successive collateral challenge to petitioner's original 2000 conviction for being a felon-in-possession. Rather, the August 8, 2005 filing purported to challenge petitioner's June 2005 revocation conviction for violating his conditions of supervised release. The filing was not a second or successive motion directed at that June 2005 conviction.

Nonetheless, we decline petitioner's request for remand to the district court. Petitioner voluntarily withdrew his appeal from that June 2005 conviction on July 15, 2005. See United States v. D'Amario, No. 05-1935. The § 2255 filing petitioner subsequently submitted to the district court reiterates the same claims petitioner voluntarily withdrew from direct appeal. A defendant may not, by means of a § 2255 proceeding, revive rights lost by a

voluntary abandonment of his appeal. "[A] collateral challenge may not do service for an appeal." United States v. Frady, 456 U.S. 152, 165 (1982).

The motion to stay the conditions of supervised release is denied.

The motion to remand is denied. The request for § 2255 relief is denied and the instant matter is summarily dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 1-26-6

By: MARGARET CARTER
Chief Deputy Clerk.

[Cert. cc: Hon. William E. Smith and David DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Messrs: D'Amario, Lockhart and Goldstein]